### UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF NEW HAMPSHIRE

Juan G. Cruz

    v.                                              No. 07-fp-083

U.S. Social Security Administration,
Commissioner


### ORDER GRANTING REQUEST TO PROCEED IN FORMA PAUPERIS

Plaintiff's request to proceed in forma pauperis is hereby granted, but only for the purpose of waiving the filing fee.

This case has been assigned civil number 07-cv-083-JD.

**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date:  March 27, 2007

cc:    Janine Gawryl, Esq.